UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| GREGG COVINGTON , Plaintiff, vs. SYNGENTA CORPORATION, BASF CORPORATION, MEHERRIN AGRICULTURAL & CHEMICAL COMPANY, LLC, GRACIN SANDERS, AND BOYD OWENS, Defendants. | ) | IN THE COURT OF COMMON PLEAS<br>CIVIL ACTION NO.: 9:15-CV-02629-RMG<br>**PLAINTIFF'S RULE 26(a)(2) DISCLOSURES** |

The Plaintiff, by and through its attorney, hereby files this disclosure of expert testimony pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. The Plaintiff identifies the following expert witnesses:

1. Scott Weathington
   3164 Governor Moore Road
   Clinton, NC 28328

Mr. Weathington is an agronomist with Agri Technologies and is capable of testifying to the chemical injury of Mr. Covington's cotton crop. Report will be forthcoming.

2. Scott Butler
   Crop Production Services Inc.
   1076 Crosscreek Rd
   Orangeburg, SC 29115

Mr. Butler is employed by Crop Production Services Inc. and is capable of testifying to the chemical injury of Mr. Covington's cotton crop. Report will be forthcoming.

PETERS, MURDAUGH, PARKER,
ELTZROTH & DETRICK, P.A.

/s Mark D. Ball
Mark D. Ball
Fed. Id. 5122
101 Mulberry Street East
Post Office Box 457
Hampton, SC 29924
(803) 943-2111
ATTORNEYS FOR PLAINTIFF

January 6, 2016
Hampton, South Carolina